443 A.2d 392

Commonwealth v. Ilgin, Appellant.

Argued March 24, 1981. Steven V. Manbeck, for appellant; Michael Johnston, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.